\#     IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| DONALD JACOBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20cv1059 (LMB/JFA) |
| | ) |
| LOGISTICS MANAGEMENT INSTITUTE, | ) |
| | ) |
| Defendant. | ) |

### **JUDGMENT**

Pursuant to the order of this Court entered on <u>December 8, 2020</u> and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of defendant Logistics Management Institute and against Donald Jacobs.

FERNANDO GALINDO, CLERK

By: _____/s/_____
Y. Guyton, Deputy Clerk

Dated: 12/08/20
Alexandria, Virginia